```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16354
   TUYUNDA LOPEZ BURKS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3425


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/07/2007 and was confirmed 10/24/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

      The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID             PAID
--------------------------------------------------------------------------------
HSBC BANK USA                CURRENT MORTG         .00             .00              .00
HSBC BANK USA                MORTGAGE ARRE    36807.47             .00              .00
INTERNAL REVENUE SERVICE     PRIORITY         NOT FILED            .00              .00
DEPARTMENT OF TREASURY       NOTICE ONLY      NOT FILED            .00              .00
D PATRICK MULLARKEY          NOTICE ONLY      NOT FILED            .00              .00
DEPARTMENT OF TREASURY       NOTICE ONLY      NOT FILED            .00              .00
DEPARTMENT OF THE TREASU     NOTICE ONLY      NOT FILED            .00              .00
STATE OF ILLINOIS UNEMPL     PRIORITY         NOT FILED            .00              .00
HITCHCOCK AND ASSOCIATES     PRIORITY         NOT FILED            .00              .00
MONTEREY COLLECTIONS         UNSECURED          358.00             .00              .00
AT & T BANKRUPCTY            UNSECURED        NOT FILED            .00              .00
CITY OF CHICAGO WATER DE     UNSECURED        NOT FILED            .00              .00
COMPUTER CREDIT SERV         UNSECURED        NOT FILED            .00              .00
RESURGENT CAPITAL SERVIC     UNSECURED          280.28             .00              .00
PREMIER BANKCARD             UNSECURED          557.59             .00              .00
IMAGINE GOLD MASTERCARD      UNSECURED          436.53             .00              .00
MONTEREY FINANCIAL           NOTICE ONLY      NOT FILED            .00              .00
NCO FIN/55                   UNSECURED        NOT FILED            .00              .00
NW COLLECTOR                 UNSECURED        NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE     UNSECURED        NOT FILED            .00              .00
MARQUETTE ORTHOPEDIC LTD     UNSECURED          180.00             .00              .00
RECEIVABLE PERFORMANCE       UNSECURED        NOT FILED            .00              .00
RMI/MCSI                     UNSECURED          250.00             .00              .00
SALUTE VISA GOLD             UNSECURED          548.26             .00              .00
TRIAD FINANCIAL CORP         UNSECURED         2555.11             .00              .00
UNITED COLLECTIONS           UNSECURED        NOT FILED            .00              .00
UNITED COLLECTIONS           UNSECURED        NOT FILED            .00              .00
UNITED COLLECTIONS           UNSECURED        NOT FILED            .00              .00
UNITED COLLECTIONS           UNSECURED        NOT FILED            .00              .00
UNITED COLLECTIONS           UNSECURED         1431.00             .00              .00
UNITED COLLECTIONS           UNSECURED        NOT FILED            .00              .00
UNITED COLLECTIONS           UNSECURED        NOT FILED            .00              .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16354 TUYUNDA LOPEZ BURKS
```

```
XLS GRADUATE LEVERAGE     NOTICE ONLY   NOT FILED              .00            .00
XLS GRADUATE LEVERAGE     NOTICE ONLY   NOT FILED              .00            .00
HSBC AUTO FINANCE         UNSECURED         8358.26            .00            .00
ECMC                      UNSECURED             .00            .00            .00
MONTEREY COLLECTIONS      SECURED NOT I    325.00              .00            .00
CITY OF CHICAGO WATER DE  SECURED NOT I    894.24              .00            .00
THOMAS R HITCHCOCK        DEBTOR ATTY     3,243.50                        1,123.20
TOM VAUGHN                TRUSTEE                                            76.80
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         1,200.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      1,123.20
TRUSTEE COMPENSATION                                   76.80
DEBTOR REFUND                                            .00
                              ---------------   ---------------
TOTALS                          1,200.00            1,200.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 06/25/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE